IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

NIKHIL S. SHARMA,

      Petitioner,

v.                             Case No.  5D16-3832

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed December 22, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Nikhil S. Sharma, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee Tatman Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 23, 2015 judgment and sentence in Case No. 2014-CF-001212 in the Circuit Court in and for Citrus County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

TORPY, COHEN, LAMBERT, JJ., concur.